**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VICTOR MANUEL ORTIZ RODRIGUEZ,<br>Petitioner,<br>v.<br>WARDEN DELANEY HALL DETENTION FACILITY, et al.,<br>Respondents. | Civil Action No: 26-10245 (SDW)<br>**WHEREAS OPINION**<br>August 18, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Petitioner Victor Manuel Ortiz Rodriguez's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and

**WHEREAS** the filing fee for a petition for writ of habeas corpus is $5.00. Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing; and

**WHEREAS** Petitioner did not pay the filing fee or submit an *in forma pauperis* application; and

**WHEREAS** the Clerk will be ordered to send Petitioner a blank *in forma pauperis* application; and

**WHEREAS** Petitioner shall submit the $5.00 filing fee or completed *in forma pauperis* application within 30 days. Otherwise, this Court shall close this matter; and

**WHEREAS** the Petition does not appear to challenge Petitioner's detention by immigration authorities and instead seeks medical attention for injuries sustained in a car accident. (ECF No. 1 at 9). "Federal habeas corpus relief is available only 'where the deprivation of rights

is such that it necessarily impacts the fact or length of detention.'" *Bonadonna v. United States*, 446 F. App'x 407, 409 (3d Cir. 2011) (quoting *Leamer v. Fauver*, 288 F.3d 532, 540 (3d Cir. 2002)). Allegations of deficient medical care, however, do "not 'spell speedier release, 'and thus do[ ] not lie at the 'core of habeas corpus.'" *Id.* (quoting *Wilkinson v. Dotson*, 544 U.S. 74, 82, 125 S.Ct. 1242, 161 L.Ed.2d 253 (2005); *see also Preiser v. Rodriguez*, 411 U.S. 475, 489, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); *Leamer*, 288 F.3d at 542–44. Such claims are thus not valid habeas claims, and may not be brought via a petition for a writ of habeas corpus, and must instead be brought via a civil complaint; and

**WHEREAS** this Court shall instruct the Clerk to provide Petitioner with a blank habeas petition form. If Petitioner has claims regarding his detention, he should submit an amended petition with his IFP application or the fee.

An appropriate order follows.

**SUSAN D. WIGENTON, U.S.D.J.**